**SEALED**

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

**FILED**
**August 2, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Xian ZHENG | ) | Case No. |
| | ) | 3:23-MJ-729-BH |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2023 to August 2023__ in the county of __Dallas__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.§1952(a)(1) and (3) | Conspiracy To Use Interstate Facility In Aid Of Racketeering Enterprises. |

This criminal complaint is based on these facts:

See attached Affidavit of SA Wenceslao Sosa.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Wenceslao Sosa
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: August 2, 2023

_____
*Judge's signature*

City and state: Dallas, Texas

IRMA CARRILLO RAMIREZ, U.S. Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
### AGAINST XIAN ZHENG

I, Affiant, Wenceslao Sosa, Special Agent ("SA"), United States Department of Justice, Drug Enforcement Administration being duly sworn, state as follows:

### AGENT BACKGROUND

1. I am a Special Agent ("SA") of the United States Drug Enforcement Administration ("DEA"), a federal law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been a Special Agent with the DEA since May 2021. I am presently assigned to the Dallas Field Division, Enforcement Group 1 ("ENFGRP1") in Dallas, Texas. ENFGRP1 investigates the illegal trafficking of narcotics and is comprised of agents and investigators from the DEA as well as state and local law enforcement personnel assigned as Task Force Officers ("TFOs").

2. As a DEA SA, I have been a case agent or a participant on narcotics trafficking investigations and have participated in investigations with other experienced SAs and law enforcement officers. I have also conducted and participated in the debriefing of drug traffickers and money launderers, through which I have learned valuable information regarding the techniques used by drug trafficking organizations to distribute drugs in both domestic and international markets. In addition, I have participated in investigations concerning the concealment of drug trafficking-produced assets and identified co-

conspirators through the use of ledgers, telephone bills, records, and photographs, as related to drug trafficking. I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances and their use of mobile telephones.

3. Based on the above-described training and experience, I am familiar with smuggling techniques, counter-surveillance techniques, the possession and use of firearms in connection with trafficking of illegal drugs, and the methods by which narcotics traffickers collect, store and conceal the proceeds of their illegal activities and other methods used by narcotics traffickers. I have become familiar with the prices for and quantities of drugs that are commonly distributed, the manner in which narcotics are packaged for distribution, the means by which narcotics are imported both locally and nationally, and the organizational structure of drug enterprises.

4. I have become familiar with the method of operations that drug trafficking organizations use to conduct their business in order to thwart law enforcement efforts, including, but not limited to, their methods of obtaining, and illegally distributing and dispensing, controlled substances; their use of "stash locations," for the storage of drugs, currency and/or firearms; their use of firearms and other weapons to protect and secure their narcotics and money; their use of packaging material, cutting agents, digital scales, and other items used in the preparation and packaging of controlled substances; their use of fictitious names or names of other individuals to register telephones, vehicles, property, and utility services; their use of mobile telephones and/or prepaid telephones

requiring no subscriber information to communicate; and their use of code to conduct their narcotics transactions. As part of these investigations, I have sought and obtained federal warrants authorizing the arrest of individuals based upon a probable cause showing violations of federal narcotics, firearms, and money laundering statutes. involved in drug trafficking activities.

5. Because this affidavit is offered for the limited purposes of supporting a criminal complaint charging **Xian ZHENG** (Asian Male/DOB 10-17-1990) with Conspiracy To Use Interstate Facility In Aid Of Racketeering Enterprises, a violation of 18 U.S.C. § 1952(a)(1), it does not include all facts known to me regarding this investigation.

## PROBABLE CAUSE

*Investigation Background:*

6. Your affiant knows that it is a violation of the laws of the state of Oklahoma, specifically Title 63 Oklahoma Statutes, Section 2-401 for a person to knowingly or intentionally distribute, dispense, transport with intent to distribute or dispense, possess with the intent to manufacture, distribute, or dispense a controlled dangerous substance. Oklahoma classifies marijuana as a controlled dangerous substance.

7. Your affiant further knows that Oklahoma state law requires a person to be licensed by the Oklahoma Medical Marijuana Authority ("OMMA") before that person can legally sell or grow marijuana within the state. A medical marijuana grower license in the state of Oklahoma allows businesses to grow marijuana legally for medical purposes only. Under Oklahoma state law, licensed growers may only sell to licensed

processors, dispensaries, and other licensed growers. Dian Huang Jiang, a.k.a. "Danny Jiang," ("Jiang") is not licensed by the OMMA.

8. In the spring of 2022, in conjunction with Mesquite Police Department Narcotics Unit, the Federal Bureau of Investigation ("FBI")'s Oklahoma City Office and Denton County Sheriff's Office, DEA Dallas ENFGRP1 began investigating a large-scale drug trafficking organization ("Jiang DTO") responsible for distributing multi-ton quantities of marijuana in the Northern and Eastern Districts of Texas and elsewhere. During the course of the investigation, agents conducted surveillance, traffic stops, search warrants, Title III wire intercepts and interviews which resulted in the seizure of dozens of firearms, hundreds of pounds of marijuana and millions of dollars of drug proceeds.

9. The investigation has revealed that Jiang illicitly acquires multi-ton quantities of marijuana from licensed and unlicensed growers operating in Oklahoma and distributes the marijuana to numerous customers in the Northern District of Texas and throughout the United States in exchange for millions of dollars in United States currency.

10. Your affiant has learned that Jiang and his wife Hui Rong Lin have an ownership interest in two local restaurants: Wasabi N Wok LLC ("Wasabi N Wok") is a sushi restaurant located at 6360 Josey Lane #101, The Colony, Texas 75056 and New Jumbo Buffet Inc. ("Jumbo Super Buffet") is a restaurant located at 8139 Park Lane, Dallas, Texas 75231. Yuk Chan is the manager of the Jumbo Super Buffett. Your affiant has learned that the Jiang DTO is using the restaurants to launder drug proceeds and further the organization's drug trafficking activities.

11.     The investigation into the Jiang DTO has revealed that Jiang utilizes a cellular telephone to instruct customers in the Northern District of Texas and elsewhere to deliver money to the Wasabi N Wok and Jumbo Super Buffet restaurants.  The United States currency delivered to the restaurants by marijuana customers represents payments toward the purchase of multi-kilogram quantities of marijuana.  The drug proceeds are collected at the restaurants by Jiang's wife, Hui Rong Lin, the restaurant manager Yuk Chan, Jiang's son (Anthony Jiang), and Jiang's nephew (**Xian ZHENG)**. The drug proceeds are then transported to one of four residential properties owned by Jiang or his family members.

12.     After leaving the United States currency at one of the restaurants, the marijuana customers travel north in vehicles on Interstate 35 to the Western District of Oklahoma to one of the residences Jiang uses to store and distribute his marijuana.  The customer's vehicle is driven into the garage area where coconspirators load the marijuana.  After the marijuana is placed into the vehicle, the marijuana is transported to the Northern District of Texas and elsewhere and sold to numerous customers.

13.     Your affiant knows that while the conspiracy has been ongoing, Jiang has collected millions of dollars in drug proceeds and is actively laundering the proceeds in a variety of ways. On February 24, 2023, and again on March 23, 2023, United States District Judge Ed Kinkeade authorized the interception of wire communications over a cellular telephone used by Jiang for a period of thirty days.  Jiang was intercepted numerous times discussing, negotiating, and facilitating the acquisition of bulk quantities

of marijuana from his suppliers/growers and the distribution of the marijuana to his customers. Jiang was also intercepted multiple times directing marijuana customers to his restaurants to drop off drug proceeds and directing family members, including **Xian ZHENG**, to collect and transport the drug proceeds from the restaurants.

14. On or about March 8, 2023, Jiang used a cellular telephone to communicate with a marijuana customer. During the call, the customer asked Jiang "can I come tonight?" and asked, "where do I drop the money off?" Jiang told the customer to bring the money to Oklahoma and advised the customer that he would provide "insurance" on the money in the event that law enforcement seized it. The customer responded, "Nah, I'm not scared of losing (the money), I'm scared of going to fucking jail." Jiang responded "Ok, go to the buffet restaurant" referring to Wasabi N Wok. Thereafter, the customer transported $20,000 in drug proceeds to the Wasabi N Wok restaurant and gave the money to Jiang's wife, Hui Rong Lin.

15. On or about March 29, 2023, Jiang used a cellular telephone to communicate with a marijuana customer. During the call, Jiang and the customer discussed a payment the customer had made to Jiang that was $1000 short. The customer confirmed that he brought $25,000 to the "buffet" referring to the Jumbo Super Buffet in Dallas, Texas. In another call with a separate customer, Jiang directed the customer to drop drug proceeds off to his wife at the Wasabi N Wok restaurant. During the call, Jiang reassured the customer "don't worry, hundred percent brother, I never do bad business." In a subsequent call after the money was left at the restaurant, Jiang asked the customer

"Yeah, you only bring 25 ($25,000), right?" The customer responded "Nah, 27" ($27,000). Jiang advised the customer that "my wife just counted your money, 25." The customer responded, "No look, it's a stack in there with 5s. Stack of 50s, it's $5,000."

16.   Your affiant knows that the Jiang DTO is collecting and laundering substantial amounts of drug proceeds. In an intercepted call on or about March 13, 2023, Jiang used a cellular telephone to communicate with an unknown caller. During the call, the caller advised that he heard Jiang had made "a big fortune." The caller told Jiang to "come hang out" after Jiang had $300 million saved up. Jiang replied to the caller that he already has that much and had purchased "50 to 60 houses in China." Jiang told the caller that he made $30 million in his first year of business, $50 million in his second year, and $50 million in his third year and that he had sent most of the money to China. Your affiant knows that **Xian ZHENG** and others are tasked with collecting and transporting the drug proceeds on behalf of Jiang.

*Zheng's Criminal Activities:*

17.   On or about April 2, 2023, Jiang used a cellular telephone to communicate with **Xian ZHENG**. During the call, Jiang asked **ZHENG** "why he did not pick up his WeChat call" and instructed him to go to "the buffet" referring to the Jumbo Super Buffet and pick up "the stuff," which based upon my knowledge of the investigation referred to drug proceeds that had been delivered.

18.   In a subsequent intercepted call approximately two minutes later, Jiang used his cellular telephone to communicate with Yuk Chan who was at the Jumbo Super Buffet

restaurant. During the call, Jiang was asked by Chan if his son would be coming to pick up the money. Jiang replied "no, it would be his nephew (**Xian ZHENG**)."

19.     On or about July 6, 2023, agents established surveillance at a residence located at XXX Lady Tessala Ave, Lewisville, Texas. Surveillance observed Yuk Chan and an unknown Asian male arrive together at the residence, in a white 2017 Infinity bearing Texas License Plate NWZ1489 sedan registered to Yuk Chan. Surveillance then observed the unknown Asian male carry a cardboard box with a red sticker into the residence. Surveillance observed Jiang's son, Anthony Jiang, driving a Lexus SUV registered to Hui Rong Lin, arrive at XXX Lady Tessala, Lewisville, Texas.  Your affiant knows that on or about March 16, 2023, Anthony Jiang was stopped on a traffic stop in Denton County, Texas and found to be is possession of approximately five pounds of marijuana in four heat-sealed bags and a 9 mm Glock handgun.

20.     A short time after Anthony Jiang arrived at the residence, surveillance observed **Xian ZHENG** exit the residence carrying the cardboard box with the red sticker.  The box appeared to be the same box carried into the residence by the unknown Asian male. Surveillance observed **ZHENG** place the box into an SUV and then depart XXX Lady Tessala, Lewisville, Texas. Surveillance observed **ZHENG** travel to the parking lot of a strip mall located at 4679 TX-121, The Colony, Texas. Surveillance observed **ZHENG** park near a gray Ford SUV registered to Person A.

21.     Surveillance observed **ZHENG** hand the cardboard box with the red sticker to Person A, who then placed the box in the cargo compartment of the gray Ford SUV.

**ZHENG** then departed the area in the BMW SUV and Person A departed in the gray Ford SUV with the box inside.

22. Agents coordinated a traffic stop to be conducted on the gray Ford SUV which resulted in the arrest of Person A and the seizure of approximately $200,000 in United States currency believed to be drug proceeds. The $200,000 in drug proceeds was located within the cardboard box with the red sticker that **ZHENG** had delivered (See photograph below).



## CONCLUSION

23. Based on the foregoing facts, probable cause exists to believe that **Xian ZHENG** did knowingly combine, conspire, and confederate with others known and unknown to the Grand Jury, to commit an offense against the United States, that is, to travel in

**Complaint Affidavit – Page 9**

interstate commerce and use and cause to be used any facility in interstate commerce, that is, verbal and digital communications through cellular telephones, with the intent to distribute the proceeds of and to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a business enterprise involving the possession with the intent to distribute and the distribution of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 846, and the laws of the state of Oklahoma, Title 63 Oklahoma Statutes, Section 2-401, and thereafter performed acts to distribute the proceeds of and to promote, manage, establish, and carry on, and to facilitate the promotion, management, and carrying on of said unlawful activity, in violation of 18 U.S.C. § 1952(a)(1) and (3).

_____
SA Wenceslao Sosa
Drug Enforcement Administration

Subscribed and sworn to before me on this the 2nd day of August 2023. Affiant's signature confirmed via reliable electronic means on this same date pursuant to Fed. R. Crim. P. 4.1.

_____
HON. IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS