IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                            Criminal No. 3:23-CR-281-M

TIANNA LENEE WILSON

## FACTUAL RESUME

In support of the defendant's plea of guilty to the offense in Count Two of the indictment, charging a violation of 21 U.S.C. § 846, Tianna Lenee Wilson, her attorney, Stephen Green, and the United States of America (the government) stipulate and agree to the following:

### Elements of the Offense

To prove the offense alleged in Count Two of the Indictment, charging a violation of 21 U.S.C. § 846, that is, conspiracy to possess with the intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, the government must prove each of the following elements beyond a reasonable doubt: [1]

First:   That the defendant knowingly possessed a controlled substance;

Second: That the substance was in fact a mixture or substance containing a detectable amount of marijuana; and

Third:   That the defendant possessed the marijuana with the intent to

_____

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2019)

**Factual Resume - Page 1**

distribute it.

Tianna Lenee Wilson, the defendant, Stephen Green, the defendant's attorney and the United States of America agree that the following facts are true and correct:

### Stipulated Facts

Beginning in or about August 2022 and continuing until November 15, 2022, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, Tianna Lenee Wilson, Matthew Ly Gallagher and Dian Huang Jiang, a.k.a. "Danny Jiang," agreed to and engaged in the transportation and distribution of multi-kilogram quantities of a mixture or substance containing a detectible amount of marijuana, a Schedule I controlled substance.

Wilson admits that at the request of codefendant Matthew Ly Gallagher, on at least three occasions, she traveled in a vehicle from the Northern District of Texas to Oklahoma and picked up multi-kilogram quantities of marijuana on his behalf. The marijuana was transported back to the Northern District of Texas and distributed to customers by Gallagher.

Wilson stipulates that on November 15, 2022, she traveled in tandem with Gallagher in separate vehicles from the Northern District of Texas to Oklahoma and picked up approximately 122 pounds of marijuana from a marijuana source of supply she later learned was codefendant Dian Huang Jiang, a.k.a. "Danny Jiang." The marijuana was loaded into the back seat area of a black Hyundai sedan Wilson was driving. Wilson admits that while driving back to Texas with the marijuana, she was pulled over by law

enforcement officers on a traffic stop. During the traffic stop, law enforcement officers developed probable cause to conduct a search of Wilson's vehicle. Wilson admits that while officers were conducting the search of her vehicle, she was communicating with Gallagher on a cell phone. As the search was occurring, Wilson advised Gallagher that the police "just opened the [back] door" and stated "that's it." After a law enforcement officer discovered the bundles of marijuana in the back seat, Gallagher instructed Wilson over the cell phone "you don't say nothing, you hear me."

Wilson admits and acknowledges that beginning in approximately August 2022 and continuing thereafter until November 15, 2022, in the Dallas Division of the Northern District of Texas and elsewhere, she, and other coconspirators both named and not named in her indictment did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together, with each other and with other persons both known and unknown, to commit certain offenses against the United States, to-wit: to possess with the intent to distribute and to distribute 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, Schedule I controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846.

Wilson admits she committed of all the essential elements of the offense contained in Count Two of the indictment. Wilson further admits and understands that this Factual Resume is not intended to be a complete accounting of all the events that occurred. Rather this statement is limited to showing that a factual basis exists to support his plea of guilty.

AGREED TO AND STIPULATED on this 14 day of November 2024.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

RICK CALVERT
Assistant United States Attorney
Texas State Bar No. 03669700
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8803
E-mail: rick.calvert@usdoj.gov

TIANNA LENEE WILSON
Defendant

11 14 2024
Date

STEPHEN GREEN
Attorney for Defendant

11-14-24
Date

**Factual Resume – Page 4**