IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:23-CR-00281-M |
| ANDRE DEMON HENDERSON SR. (16) | |

## FACTUAL RESUME

In support of Andre Demon Henderson's plea of guilty to the offense in Count Two of the superseding indictment, Henderson, the defendant; Scott Palmer, the defendant's attorney; and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the superseding indictment, charging a violation of 21 U.S.C. § 846, that is, conspiracy to possess with the intent to distribute a controlled substance, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That two or more persons, directly or indirectly, reached an agreement to possess with intent to distribute and to distribute a controlled substance;

*Second.* That the defendant knew of the unlawful purpose of the agreement;

*Third.* That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

*Fourth:* That the overall scope of the conspiracy involved a quantity of 50

---

[1] Fifth Circuit Pattern Jury Instruction 2.97 (5th Cir. 2024).

Factual Resume—Page 1

kilograms or more of a mixture or substance containing a detectable amount of marijuana; and

*Fifth*    That the defendant knew or reasonably should have known that the scope of the conspiracy involved 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

The elements of possession with the intent to distribute a controlled substance, a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), are as follows:[2]

*First.*    That the defendant knowingly or intentionally possessed a controlled substance as charged in the superseding indictment;

*Second.*   That the substance was in fact marijuana;

*Third.*    That the defendant possessed the substance with the intent to distribute it; and

*Fourth.*   That the substance was 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

## STIPULATED FACTS

1.    Andre Demon Henderson Sr. ("Henderson") admits and agrees that beginning in or about June 2021, the exact date being unknown, and continuing through the date of the superseding indictment within the Northern District of Texas, Dallas Division, and elsewhere, he did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree with other persons both known and unknown, to commit certain offenses against the United States, to-wit: to possess with the intent to distribute 50 kilograms or more of a mixture or substance containing a detectable amount of

---

[2] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

2. Henderson admits that over the course of his involvement in the conspiracy he was supplied bulk marijuana from Dian Huang Jiang a.k.a. Danny Jiang ("Jiang") and transported that bulk marijuana from Oklahoma to the Dallas Division of the Northern District of Texas. Henderson stipulates that the bulk marijuana that he acquired from Jiang was then sold and distributed among Henderson's customers in Dallas, Texas and elsewhere.

3. Henderson admits that in April and May 2023 he operated a smoke shop located on Military Parkway in Mesquite, in the Northern District of Texas, that was known as "Fast Money Frenchies." Henderson admits that during this time-period he conducted narcotics transactions from Fast Money Frenchies that were observed by law enforcement. He stipulates that law enforcement used these observations and additional evidence to secure a state premises warrant for Fast Money Frenchies.

4. Henderson admits that on or about May 1, 2023, he exited Fast Money Frenchies, placed a large black duffel bag in the rear trunk area of a black Toyota Camry, and left that location. He stipulates that he was subsequently pulled over for a traffic violation by Mesquite Police Department ("MPD") officers operating a marked vehicle after investigators observed Henderson fail to signal a lane change and 100 feet before making a right turn. He admits that investigators conducted an inventory of the Camry and located a freshly lit marijuana cigarette in a cigarette box on the front passenger seat. Henderson stipulates that investigators also recovered the large black duffel bag along

with a key chain containing keys to Fast Money Frenchies and an apartment located on Ridge Road, Rockwall, Texas. Henderson also stipulates that investigators seized $92,984.00 in United States currency from him and admits that that currency was drug proceeds.

5. Henderson admits that law enforcement members then executed the premises search warrant at Fast Money Frenchies. He stipulates that during the search law enforcement recovered 4.9 kilograms of marijuana, 45.7 grams of psilocybin mushrooms, multiple glass jars of THC wax, and a variety of orange pills.

6. Henderson also admits that on or about May 1, 2023, MPD investigators obtained a state premises warrant for a residence on Ridge Road that was associated with Henderson. He stipulates that MPD investigators and DEA Agents executed the warrant that same day. Henderson admits that law enforcement seized:

- 7.37 kilograms of marijuana;
- 1735.4 grams of THC resin;
- 1515.4 grams of mushroom-infused chocolate bars;
- 237.1 grams of THC cartridges;
- 294.3 grams of THC-edible gummies;
- 30.7 grams of MDMA pills;
- 531.7 grams of psilocybin mushrooms;
- 229.7 grams of multiple orange pills;
- $4,587.00 in United States currency;
- an Anderson Manufacturing, Model AR-15, rifle bearing serial number 20209639;
- a Taurus, Model Unknown, .357 caliber pistol bearing serial number ABK992027;
- a Smith & Wesson, Model Unknown, .38 caliber pistol bearing an unknown serial number;
- a Palmetto State Armory, Model AR-15, rifle bearing serial number HP014208;

- a personalized fully-iced diamond Rolls Royce theme ring in 10-karat two-tone yellow/rose gold;
- a men's Rolex presidential watch in 18-karat yellow gold; and
- 16-18 diamonds associated with serial number 7226026.

7. Henderson also stipulates that investigators recovered paperwork belonging to him at that location and that the $4,587.00 was proceeds derived from the sale of marijuana.

8. Last, Henderson stipulates that on or about May 2, 2023, investigators executed a search warrant for safe deposit box 02031 located at a Wells Fargo Bank on West Main Street, Mesquite, Texas, that was used by Henderson. He admits that investigators recovered $210,200.00 in United States currency from a Louis Vuitton bag contained within the deposit box. He also stipulates that on the same day investigators executed a state search warrant on a Wells Fargo savings account ending in 4162 that was associated with Henderson and from which investigators seized $4,087.74 in United States currency. Henderson admits that the $210,200.00 and the $4,087.74 were drug proceeds derived from the sale and distribution of marijuana.

9. Henderson also stipulates that on or about May 2, 2023, investigators executed a state search warrant for accounts associated with a business account ending in 5004; a Navy Federal Business Rewards card ending in 9174; and a Navy Federal debit card ending in 9156. ~~He admits that investigators recovered $7,065.30 in United States currency from the account ending in 5004 and $25,202.60 from an account ending in 4162. Henderson stipulates that the currency seized from both accounts was drug proceeds derived from the sale and distribution of marijuana.~~

10. Henderson stipulates that marijuana is a Schedule I controlled substance and that he possessed with the intent to distribute 50 kilograms or more of marijuana during the period of the conspiracy.

11. The defendant agrees that the defendant committed all the essential elements of the offense(s). This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the superseding indictment.

AGREED TO AND STIPULATED on this 30TH day of JUNE, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
ANDRE DEMON HENDERSON SR.
Defendant

_____
JOSEPH T. LO GALBO
Assistant United States Attorney
New Jersey State Bar No.: 072452014
1100 Commerce St., Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
E-mail: Joseph.Lo.Galbo@usdoj.gov

_____
SCOTT PALMER
Attorney for Defendant

Factual Resume—Page 6