

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:23-CR-00281-L |
| ANTHONY JIANG (03) | |

## FACTUAL RESUME

In support of Anthony Jiang's plea of guilty to the offense(s) in Count One of the superseding information, Jiang, the defendant; Mark Lassiter, the defendant's attorney; and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the superseding information, charging a violation of 18 U.S.C. § 1952(a)(1) and (3) and 18 U.S.C. § 371, that is, conspiracy to possess with the intent to distribute a controlled substance, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First*: That the defendant traveled in interstate commerce or used any facility in interstate commerce;

*Second*: That the defendant did so with the specific intent to distribute the proceeds of and promote, manage, establish, or carry on any unlawful activity; and

*Third*: That subsequent to the act of travel or use of any facility in interstate commerce the defendant did knowingly and willfully distribute the proceeds of and promote, manage, establish, or carry on such unlawful activity.

---

[1] Fifth Circuit Pattern Jury Instruction 2.74 and 2.15A (5th Cir. 2024).

Factual Resume—Page 1

The elements for conspiracy pursuant to 18 U.S.C. § 371 are as follows:

*First*: That the defendant and at least one other person agreed to commit the crime of use interstate facility in aid of racketerring enterprises, as charged in the indictment;

*Second*: That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

*Third*: That at least one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the indictment, in order to accomplish some object or purpose of the conspiracy.

## STIPULATED FACTS

1. Anthony Jiang admits and agrees that admits and agrees that beginning in or about January 2020, and continuing until August 8, 2023, in the Dallas Division of the Northern District of Texas and elsewhere, he did knowingly and intentionally combine, conspire, confederate, and agree together, with each other and with other persons, to commit certain offenses against the United States, to-wit: to travel in interstate commerce and use and cause to be used a facility in interstate commerce, that is verbal and digital communications through cellular telephones with the intent to distribute proceeds of and to promote, manage, establish, carry on and facilitate the promotion, management and carrying on of a business enterprise involving the possession with the intent to distribute and the distribution of marijuana, a Schedule I controlled substance, in violation of 18 U.S.C. § 1952(a)(1) and (3), and 18 U.S.C. § 371.

2. Anthony Jiang stipulates that over the course of the conspiracy he transported bulk marijuana and/or marijuana drug proceeds on Dian Jiang's behalf from Oklahoma into the Northern District of Texas and elsewhere. Anthony Jiang admits that Dian Jiang, his father, utilized Anthony Jiang and his friends to transport between 15-20 "units" of marijuana drug proceeds at a time to Dallas, Texas. Jiang admits that he and others utilized cellular telephones, a facility of interstate commerce, in furtherance of the marijuana distribution business.

3. Anthony Jiang admits that in March 2023 he was intercepted over a Drug Enforcement Administration Title III wiretap communicating with a telephone number ending in 7161 and was known to be utilized by Dian Jiang. He stipulates that on or about March 15, 2023, he was intercepted making a call to Dian Jiang's 7161 number. During the call, Anthony Jiang admits, that he told Dian Jiang that Anthony Jiang and his friend would be coming to Dian Jiang to pick up "stuff" to which Dian Jiang confirmed that any time on the following day, March 16, 2023, would be appropriate. He stipulates that the "stuff" referenced in the March 15, 2023 intercepted phone call referred to an unknown quantity of marijuana and/or proceeds derived from the sale of marijuana.

4. He further stipulates that on March 16, 2023, he called Dian Jiang at approximately 10:23 a.m. and disclosed to him that he had arrived in Oklahoma and was travelling to Uncle Lao Ci's house to which he planned to arrive in five minutes. Anthony Jiang admits that DEA Agents established surveillance along the Oklahoma-Texas border anticipating his return. He stipulates that at approximately 1:36 p.m., he was riding as a passenger in a black Hyundai Genesis that was traffic-stopped by

members of the Denton County Sheriff's Office ("DCSO") for following too close to a vehicle near 4000 S. Stemmons Freeway, Sanger, Texas. Anthony Jiang admits that the DCSO deputy smelled an odor of marijuana emanating from the Genesis and had a K-9 unit conduct an open-air sniff of the Genesis that resulted in a positive alert for the presence of drugs near the driver's door.

5. He stipulates that DCSO deputies then conducted a probable-cause search of the Genesis that resulted in the recovery of a Glock, Model 34, 9-millimeter pistol bearing serial number BPCE775 from the driver's side door and approximately 2.078 gross kilograms of marijuana in multiple vacuum-sealed bags from the Genesis' trunk. Anthony Jiang admits that DCSO deputies cited him for the marijuana and seized the pistol.

6. He stipulates that following the traffic stop he arrived at a residence located at 5842 Pinebrook Drive, The Colony, Texas, which was associated with the Jiang DTO. Anthony Jiang admits that he entered the residence and exited a few minutes later with a box and entered a residence located at 5837 Pinebrook Drive. Anthony Jiang admits that he left that location several minutes later carrying a different box and returned to the 5842 Pinebrook address. A short time thereafter, he stipulates that he left the 5842 Pinebrook address carrying two boxes that he placed into a waiting silver Mercedes and departed the location. Anthony Jiang admits that this activity was consistent with the trafficking of marijuana or proceeds derived from the sale of marijuana associated with the Jiang DTO.

7. He further stipulates that on or about April 2, 2023, he called Jiang from a number ending in 4585, which was intercepted by Agents. Anthony Jiang admits that he asked Dian Jiang if Dian Jiang wanted Anthony Jiang's friend to bring "something" to Dallas. Anthony Jiang stipulates that Dian Jiang responded "no" and Anthony Jiang confirmed that his friend would not bring anything.

8. Anthony Jiang admits that on or about April 16, 2023, he received a phone call from Dian Jiang utilizing the 7161 number. He stipulates that during the call Dian Jiang disclosed to him that an individual was going to the restaurant and that Anthony Jiang should anticipate that individual giving him "something."[2] Anthony Jiang admits that he was directed by Dian Jiang to take whatever that individual gave him to which Anthony Jiang confirmed that he would do so. He stipulates that while he was on the call the individual that he was directed to meet entered the restaurant. Anthony Jiang admits that he subsequently met with that individual.

9. Anthony Jiang admits that on or about August 8, 2023, Agents executed a search warrant for safe deposit box # 287 at Cathay Bank which is located on Coit Road, Plano, Texas, and which had been linked to Anthony Jiang. He stipulates that Agents recovered $599,870.00 in United States currency from that safe deposit box.

10. He also stipulates that on or about August 8, 2023, Agents executed a search warrant at 5837 Pinebrook Drive as part of their investigation into the Jiang DTO.

---

[2] Anthony Jiang admits that "the restaurant" referenced in this intercepted call referred to Wasabi N Wok, an Asian fusion restaurant located on Josey Lane #101, The Colony, Texas, which was owned by Dian Jiang and used as a drop-off location for drug proceeds derived from marijuana sales coordinated by the Jiang DTO.

Anthony Jiang admits that during the search Agents recovered $1,546.00 in United States currency from his wallet. He also stipulates that Agents recovered approximately 505.0 gross grams of marijuana from a plastic bag and 13 glass jars containing suspected THC wax with a gross weight of 696.6 grams from Anthony Jiang's bathroom closet. He admits that the $1,546.00 was derived from the sale of marijuana and/or was otherwise linked to the drug trafficking activities of the Jiang DTO.

11. Anthony Jiang admits that on or about August 8, 2023, Agents also executed a search warrant at 4025 Steepleridge Drive, The Colony, Texas, and which Anthony Jiang stipulates that he co-owns with a family member. Anthony Jiang stipulates that Dian Jiang was arrested at that location and that Agents recovered two cylinders of suspected THC oil in an upstairs bedroom along with $279,440.00 in United States currency in the primary bedroom.

12. Anthony Jiang stipulates that he utilized the phone number ending in 4585 to engage in conversations, some of which were intercepted by law enforcement between March and April 2023, with Dian Jiang and other coconspirators about the trafficking of marijuana and marijuana proceeds using coded or intentionally vague language He admits that both the 5842 Pinebrook Drive and 5837 Pinebrook Drive locations were utilized by the Jiang DTO to stash and distribute bulk drug proceeds and/or marijuana for distribution.

13. Anthony Jiang stipulates that marijuana is a Schedule I controlled substance.

14. The defendant agrees that the defendant committed all the essential elements of the offense(s). This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the superseding information.

AGREED TO AND STIPULATED on this 20 day of February, 2026.

_____
ANTHONY HANG
Defendant

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
JOSEPH T. LO GALBO
Assistant United States Attorney
New Jersey State Bar No.: 072452014
1100 Commerce St., Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
E-mail: Joseph.Lo.Galbo@usdoj.gov

_____
MARK LASSITER
Attorney for Defendant