**ORIGINAL**  

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:23-CR-00281-L |
| XIAN ZHENG (15) | |

## FACTUAL RESUME

In support of Xian Zheng's plea of guilty to the offense(s) in Count One of the superseding information, Zheng, the defendant; Phillip Linder, the defendant's attorney; and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the superseding information, charging a violation of 18 U.S.C. § 1952(a)(1) and (3) and 18 U.S.C. § 371, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First*: That the defendant traveled in interstate commerce or used any facility in interstate commerce;

*Second*: That the defendant did so with the specific intent to distribute the proceeds of and promote, manage, establish, or carry on any unlawful activity; and

*Third*: That subsequent to the act of travel or use of any facility in interstate commerce the defendant did knowingly and willfully distribute the proceeds of and promote, manage, establish, or carry on such unlawful activity.

The elements for conspiracy pursuant to 18 U.S.C. § 371 are as follows:

---

[1] Fifth Circuit Pattern Jury Instruction 2.74 and 2.15A (5th Cir. 2024).

Factual Resume—Page 1

| | |
|---|---|
| *First*: | That the defendant and at least one other person agreed to commit the crime of use interstate facility in aid of racketerring enterprises, as charged in the indictment; |
| *Second*: | That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and |
| *Third*: | That at least one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the indictment, in order to accomplish some object or purpose of the conspiracy. |

## STIPULATED FACTS

1.　Xian Zheng ("Zheng") admits and agrees that beginning in or about June 2021, the exact date being unknown, and continuing through the date of the superseding indictment within the Northern District of Texas, Dallas Division, and elsewhere, he did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree with other persons both known and unknown, to commit certain offenses against the United States, to-wit: to possess with the intent to distribute 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

2.　Zheng admits that his role in the conspiracy involved transporting bulk proceeds derived from the Dian Huang Jiang, a.k.a. "Danny Jiang" ("Jiang") DTO's sale of marijuana to or from various locations including the Jumbo Super Buffet in Dallas, Texas, and Wasabi N' Wok in The Colony, Texas.  Zheng admits that he and others

Factual Resume—Page 2

utilized cellular telephones, a facility of interstate commerce, in furtherance of the marijuana distribution business.

3. Zheng stipulates that on or about July 6, 2023, he was located at a residence on Lady Tessala Avenue, Lewisville, Texas, that was associated with the Jiang DTO. He admits that at approximately 6:59 p.m. on that date, coconspirator Yuk Chan ("Chan") and other individuals arrived in a white Infiniti and carried a long cardboard box with a red sticker into the residence. Zheng admits that at approximately 7:06 p.m. he carried the long cardboard box with a red sticker from the residence, placed the box into a black BMW sports-utility vehicle, and departed the area. Zheng stipulates that he later admitted to law enforcement that Chan had delivered the drug proceeds to Zheng from the Super Jumbo Buffet in Dallas, Texas, which is located in the Dallas Division of the Northern District of Texas.

4. Zheng stipulates that he travelled to a strip mall parking lot located in the Colony, Texas, and parked next to a dark gray Ford Explorer. He admits that he exited the BMW and unloaded the cardboard box with the red sticker into the Ford Explorer. He admits that he then travelled back to the residence on Lady Tessala Avenue while law enforcement initiated a traffic stop on the gray Ford Explorer.

5. Zheng stipulates that law enforcement inventoried the vehicle as part of the traffic stop. He admits that officers recovered the long cardboard box with the red sticker that he delivered to the occupants of the Ford Explorer. Zheng stipulates that the cardboard box was concealed underneath a suitcase in a compartment in the Explorer's trunk. Zheng stipulates that law enforcement recovered bulk United States currency in

the amount of $200,000.00 that was packed in $10,000 stacks and rubber-banded together. Zheng admits that the $200,000.00 were drug proceeds acquired by the Jiang DTO.

6. Zheng further stipulates that on or about August 8, 2023, members with DEA and the Denton County Sheriff's Office executed a federal arrest warrant for Zheng along with a premises search warrant for the Lady Tessala location. Zheng admits that as part of his arrest and search, law enforcement recovered the following:

- $3,537.00 in United States currency;
- $6,839.00 in United States currency;
- $218,125.00 in United States currency;
- Ledgers;
- a Money counter;
- a CZ, Model P-09, pistol bearing serial number B631467;
- a Stevens, Model 320, shotgun bearing serial number 191112E; and
- a Glock, Model 19, pistol bearing serial number ADLG865.

Zheng admits that the above-referenced currency, money counter, ledgers, and firearms seized as a result of the search warrant were drug proceeds, firearms, and indicia of money laundering and drug trafficking connected to the Jiang DTO.

7. Zheng further admits that on or about August 8, 2023, he agreed to speak with law enforcement after receiving and waiving his *Miranda* rights. He stipulates that he admitted that he would pick up and drop off money from various individuals and transport that money to various locations associated with the Jiang DTO. He admitted that he was paid $6,000-$7,000 per month to engage in this activity. Zheng stipulates that he would also store drug proceeds at the Lady Tessala residence and Jiang would send various individuals to that location to pick it up from him. Zheng also admitted that

9. The defendant agrees that the defendant committed all the essential elements of the offense(s). This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the superseding information.

AGREED TO AND STIPULATED on this 24TH day of FEBRUARY, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
XIAN ZHENG
Defendant

_____
JOSEPH T. LO GALBO
Assistant United States Attorney
New Jersey State Bar No.: 072452014
1100 Commerce St., Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
E-mail: Joseph.Lo.Galbo@usdoj.gov

_____
PHILLIP LINDER
Attorney for Defendant

Factual Resume—Page 6