IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIAN HUANG JIANG (1)<br>HUI RONG LIN (2)<br>ANTHONY JIANG (3)<br>YUK CHAN (4)<br>ERIC MARTINEZ (5)<br>RIGOBERTO ARTURO ESQUIBEL (6)<br>ALPHONSO JESUS GARCIA (7)<br>DAVID GARCIA-TOVAR (8)<br>RAFAEL TRINIDAD ESTRADA (9)<br>CHRISTOPHER MICHAEL BARRENTI (10)<br>MATTHEW LY GALLAGHER (11)<br>TIANNA LENEE WILSON (12)<br>AARON CARAPIA (13)<br>SHUNE DEON ARNOLD (14)<br>XIAN ZHENG (15)<br>ANDRE DEMON HENDERSON, SR. (16) | NO. 3:23-CR-00281-L |

## UNITED STATES OF AMERICA'S NOTICE OF
## ADMINISTRATIVE FORFEITURE OF CERTAIN PROPERTY

The United States of America gives notice that the Drug Enforcement Administration has completed administrative forfeiture proceedings against the $5,622.00 U.S. Currency and Men's Diamond Fashion Ring listed in the forfeiture notice in the Bill of Particulars (Dkt. 243) in this case. *See* Declaration of Administrative Forfeiture attached as Exhibit A. Therefore, the government will not pursue judicial forfeiture of the above-listed property in this case and will not ask the Court for a forfeiture order as to this item.

        Respectfully submitted,

        RYAN RAYBOULD
        UNITED STATES ATTORNEY


        */s/ John Penn*
        JOHN PENN
        Assistant United States Attorney
        Indiana Bar No. 28722-29
        1100 Commerce Street, Third Floor
        Dallas, TX 75242-1699
        T: 214-659-8600 | F: 214-659-8805
        Email: john.penn@usdoj.gov

U.S. Department of Justice

Drug Enforcement Administration

## DECLARATION OF ADMINISTRATIVE FORFEITURE

| | |
|---|---|
| Asset ID Number: | 23-DEA-703532 |
| Case Number: | M1-22-0128 |
| Judicial District: | Northern District of Texas |
| Seizure Date: | 06/01/2023 |
| Seizure Location: | Irving, TX |
| | |
| Asset Description: | $5,622.00 U.S. Currency |
| Asset Value at Seizure: | $5,622.00 |

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Merri Hankins via the FR application     Date: 09/12/2025

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**GOVERNMENT EXHIBIT A**



U.S. Department of Justice

Drug Enforcement Administration

# DECLARATION OF ADMINISTRATIVE FORFEITURE

| | |
|---|---|
| Asset ID Number: | 23-DEA-705319 |
| Case Number: | M1-22-0128 |
| Judicial District: | Northern District of Texas |
| Seizure Date: | 07/27/2023 |
| Seizure Location: | Mesquite, TX |
| | |
| Asset Description: | Men's Diamond Fashion Ring |
| Asset Value at Seizure: | $1,100.00 |

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

| | |
|---|---|
| Signed by Merri Hankins via the FR application | Date: 09/12/2025 |

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel